IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HECTOR ZARATE, | § | |
|    Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION  NO. 5:15-cv-00069 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
|    Defendant. | § | JURY DEMANDED |

**AGREED RULE 41(a) STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Hector Zarate and Defendant, Allstate Texas Lloyds hereby stipulate to the voluntary dismissal without prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant Allstate Texas Lloyds are hereby dismissed without prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 12th day of June 2015.

                                                                Respectfully submitted,

                                                                 **THE VOSS LAW FIRM, P.C.**

                                                                 */s/ Chris Schleiffer*
                                                                  Chris Schleiffer
                                                                  State Bar No. 24088362
                                                                  Southern District Bar No. 2516220
                                                                  chris@vosslawfirm.com

                                                                  **ATTORNEY-IN-CHARGE**

**OF COUNSEL:**
Bill L. Voss
State Bar No. 24047043
Southern District Bar No. 602663
Scott G. Hunziker
State Bar No. 24032446
Southern District Bar No. 38752
**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45 South

The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
bill.voss@vosslawfirm.com
scott@vosslawfirm.com

And

GOLDMAN & ASSOCIATES, PLLC
10100 Reunion Pl., Ste. 800
San Antonio, Texas 78216
Tel: (210) 340-9800
Fax: (210) 340-9888


*/s/ Justin T. Woods (with permission)*
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
JUSTIN T. WOODS
**OF COUNSEL:**
Southern District ID No. 2469408
State Bar No. 24061082
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court, with notice of case activity to be generated and sent electronically by the Clerk of the Court via ECF on this **12th day of June, 201**5, addressed to those who do not receive notice from the Clerk of the Court, or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

    Larry J. Goldman
    Justin T. Woods
    GOLDMAN & ASSOCIATES, PLLC
    10100 Reunion Pl., Ste. 800
    San Antonio, Texas 78216
    Tel: (210) 340-9800
    Fax: (210) 340-9888
    ***Via Electronic Service***

                                            */s/ Chris Schleiffer*
                                            Chris Schleiffer