```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                       LAREDO DIVISION


HECTOR ZARATE,                    §
                                  §
        Plaintiff,                §
v.                                §
                                  §   Civil Action No. 5:15-cv-69
                                  §
ALLSTATE TEXAS LLOYDS,            §
                                  §
        Defendant.                §
```

## ORDER OF DISMISSAL

On June 12, 2015, the parties filed a self-styled "Agreed Rule 41(a) Stipulation of Dismissal Without Prejudice," pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 10.) Under this rule, a plaintiff "may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The instant filing is signed by all parties who have appeared, and generally, a court order is unnecessary to effectuate its dismissal. The parties, however, docketed the filing as an "Agreed Motion to Dismiss Without Prejudice."

Accordingly, the Agreed Motion to Dismiss (Dkt. 10) is GRANTED. It is ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DONE at Laredo, Texas, this 22nd day of June, 2015.

_____
George P. Kazen
Senior United States District Judge